UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VICTOR JAMES KAECH,<br><br>      Plaintiff,<br><br>      v.<br><br>OCWEN LOAN SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER MORTGAGE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2007 MASTR ASSET-BACKED SECURTIES TRUST 2007 HE-2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE2; FIDELITY NATIONAL TITLE INSURANCE COMPANY; and DOE DEFENDANTS 1 through 20,<br><br>      Defendants. | No. 2:14-cv-00330-SAB<br><br>**ORDER GRANTING MOTION TO DISMISS EMOTIONAL DISTRESS CLAIMS** |

**ORDER GRANTING MOTION TO DISMISS EMOTIONAL . . . ^ 1**

Before the Court is Plaintiff's Motion to Dismiss Emotional Distress Claims, ECF No. 62. No hearing was held, though the Court also considered Defendant's response to the motion and the related declarations.

After discussing discovery issues in this case, the Court previously ordered that Plaintiff either allow certain discovery related to Plaintiff's medical care, or dismiss claims where Plaintiff's health could be an issue. Plaintiff elected to dismiss such claims, and filed the current motion. Under Fed. R. Civ. P. 41(a)(2), a plaintiff may voluntarily dismiss such claims. The Court hereby **grants** the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Dismiss Emotional Distress Claims, ECF No. 62, is **GRANTED**.

2. Any claim by Plaintiff for negligent or intentional infliction of emotional distress are **DISMISSED WITH PREJUDICE**. Any claim for non-economic damages, or any claim based on other causes of action with damages arising from pain and suffering, including other kinds of emotional distress where medical evidence would be presented, is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 18th day of July, 2016.



Stanley A. Bastian
United States District Judge

ORDER GRANTING MOTION TO DISMISS EMOTIONAL . . . ^ 2